PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| vs. | ) | **Docket Number: 1:02CR05227-01 REC** |
| **ROBERT WEIDMAN** | ) | |

On December 2, 2002, the above-named was placed on probation for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters
Senior United States Probation Officer**

Dated:      June 15, 2006
                 Fresno, California


**REVIEWED BY:**      /s/ Bruce A. Vasquez
                             **Bruce A. Vasquez
                             Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   WEIDMAN, Robert**
       **Docket Number:   1:02CR05227-01 REC**
       **ORDER TERMINATING PROBATION**
       **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| July 6, 2006 | /s/  OLIVER W. WANGER |
| **Date** | **Oliver W. Wanger** |
| | **Senior United States District Judge** |

SJW:sjw
Attachment:   Recommendation
cc:   Stanley A. Boone
      Assistant United States Attorney